UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOVANNY ALFREDO FONTALVO RUIZ, | Case No. 5:26-cv-03431 KK (AYP) |
| Petitioner, | |
| v. | JUDGMENT |
| WARDEN, ADELANTO ICE PROCESSING CENTER, et al., | |
| Respondents. | |

It is hereby adjudged that the Petition is granted consistent with the reasons and findings set forth in the Court's Order Granting the Petition (Dkt. No. 10), and Respondents are (1) ordered to immediately release Petitioner Jovanny Alfredo Fontalvo Ruiz (A# 240-825-724) from their custody; (2) ordered to return any confiscated property and documents to Petitioner upon his release; (3) enjoined from re-detaining Petitioner under 8 U.S.C. § 1226 without providing him a pre-detention hearing before a neutral decisionmaker where Respondents bear the burden of demonstrating by clear and convincing evidence that Petitioner is a flight risk or a danger such that his physical custody is required; and (4) ordered to file a status report regarding their compliance with the Court's Order no later than three (3) court days of Petitioner's release.  (JS-6)

Dated:  June 29, 2026     _____

THE HONORABLE KENLY KIYA KATO
United States District Judge

CC:  BOP/USMED/IMMRELEASE